UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:20-cv-10072-KMM

ROBERTO MORALES DIAZ,

 Petitioner,
v.

MARK S. INCH,

 Respondent.
               /

### ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon *pro se* Petitioner Roberto Morales Diaz's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. ("Pet.") (ECF No. 1). The Court referred the matter to the Honorable Lisette M. Reid, United States Magistrate Judge, who issued a Report and Recommendation recommending that the Petition be DISMISSED WITHOUT PREJUDICE. ("R&R") (ECF No. 7). Petitioner did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In the Petition, Petitioner attacks the constitutionality of his no contest plea entered in Monroe Circuit Court, Case No. 15-CF-000145-A-P. Pet. at 5. On July 22, 2020, Magistrate Judge Reid issued orders requiring Petitioner to (1) file an amended state habeas corpus petition, on or before August 21, 2020, on the proper form, because Petitioner raised an argument which did not appear to be a cognizable constitutional claim, and (2) pay the filing fee or file a motion to proceed *in forma pauperis*, on or before August 21, 2020. (ECF Nos. 5, 6). Both orders cautioned

Petitioner that failure to comply could result in dismissal of the case. *Id.* To date, Petitioner has made no further filings.

As set forth in the R&R, Magistrate Judge Reid finds that Petitioner's non-response warrants dismissal for failure to comply with court orders and for want of prosecution. R&R at 3. Specifically, Magistrate Judge Reid finds that dismissal for failure to comply with court orders and for want of prosecution is within the Court's inherent authority to manage its docket and is appropriate in this case because the Court gave Petitioner notice of same. *Id.* This Court agrees.

Accordingly, UPON CONSIDERATION of the Petition, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Reid's R&R (ECF No. 7) is ADOPTED and Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1) is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of October, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record